# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CRIMINAL 05-00382JMS-001

CASE NAME:        United States of America vs. Riki D. Nakano-Domen

ATTYS FOR PLA:    Loretta A. Sheehan

ATTYS FOR DEFT:   Donna Gray

INTERPRETER:

JUDGE:    J. Michael Seabright          REPORTER:    Sharon Ross

DATE:     2/6/2006                      TIME:        10:30 - 10:55

COURT ACTION:  Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present with counsel Donna Gray.

Defendant sworn.  Questioned by Court.

Advised of his constitutional rights, provisions of the Sentencing Guidelines.

Court read Count 1 of the Indictment to defendant.

Advised of the maximum and minimum penalties provided by law.

Mr. summarized the government's evidence against the defendant.
The defendant admitted his involvement in this case.

Guilty plea entered to Count 1 of the Indictment.  Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing scheduled for Monday, May 22, 2006 at 1:30 p.m. before the Honorable J. Michael Seabright.

Bail: Ordered that defendant remain on bail under the same terms and conditions as previously imposed by Magistrate Judge.

Submitted by:  Dottie Miwa, Courtroom Manager

BAIL: