AO 442 (Rev. 3/99) Warrant for Arrest                     **ORIGINAL**

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

FEB 15 2006

at _____ o'clock and 05 min. __M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

RIKI D. NAKANO-DOMEN

CASE NUMBER: 05-0762 KSC

To:   The United State Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RIKI D. NAKANO-DOMEN

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BEING AN UNLAWFUL USER OF A CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM

in violation of Title 18 United States Code, Section(s) 922(g)(3).

Kevin S.C. Chang
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

September 9, 2005                    Honolulu, HI
Date and Location

Bail fixed at $ TO BE DETERMINED

United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED 9-9-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-9-05 | Clarence Pang, S/A | [Signature] |