PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY        #4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545

Attorney for Defendant
RIKI D. NAKANO-DOMEN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00382 JMS |
|---|---|---|
| Plaintiff, | ) ) ) | RESPONSE TO DRAFT PRESENTENCE REPORT; |
| vs. | ) ) | CERTIFICATE OF SERVICE |
| RIKI D. NAKANO-DOMEN, | ) ) | Date:    05/22/06 Time:    1:30 p.m. |
| Defendant. | ) ) ) | Judge:   J. MICHAEL SEABRIGHT |

N:\DONNA\CLIENTS\Nakano_Domen_Ricki\psi_resp.wpd

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, RIKI D. NAKANO-DOMEN, by and through counsel, Donna M. Gray, Assistant Federal Public Defender, states that he does not object to the advisory guideline calculations contained in the draft presentence investigation report.

DATED:   Honolulu, Hawaii, April 3, 2006.

       /s/Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
RIKI D. NAKANO-DOMEN

## CERTIFICATE OF SERVICE

DONNA M. GRAY, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on April 3, 2006:

LORETTA A. SHEEHAN     (Served Electronically through CM/ECF)
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii   96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

ROSANNE T. DONOHOE                    (via hand-delivery)
U. S. Probation Office
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii   96813

DATED:   Honolulu, Hawaii, April 3, 2006.

/s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant