EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LORETTA A. SHEEHAN  #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00382 JMS |
| | ) | |
| Plaintiff, | ) | STATEMENT OF NO OBJECTIONS |
| | ) | TO DRAFT PRESENTENCE |
| vs. | ) | REPORT; CERTIFICATE OF |
| | ) | SERVICE |
| RIKI D. NAKANO-DOMEN | ) | |
| | ) | Date:  May 22, 2006 |
| Defendant. | ) | Time:  1:30 P.M. |
| | ) | Judge: J. Michael Seabright |

STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT

The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

DATED:  April 20, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Loretta Sheehan
   LORETTA A. SHEEHAN
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF**:

Donna M. Gray                         April 20, 2006
donna_gray@fd.org
Attorney for Defendant


**Served by Hand-Delivery**:

U.S. Probation Office                 April 20, 2006
Attn:  Rosanne T. Donohoe
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850


         DATED:  April 20, 2006, at Honolulu, Hawaii.


                              /s/ Iris Tanaka